CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07-cv-05165-ENV-KAM

Brill et al v. Davol, Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate Judge Kiyo A. Matsumoto
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/11/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Brill** represented by **Michael A London**
Douglas & London
111 John Street, 8th Floor
New York, NY 10038
212-931-9980
Fax: 212-931-9979
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlotte Brill** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamala Darsow** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordan Appleton** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Appleton** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy Felkins** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald D. Felkins** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Thoerner**
*individually and on behalf of the Estate of Betty Rogers, deceased* represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2007 | 1 | COMPLAINT against C.R. Bard, Inc., Davol, Inc. $ 350, filed by Richard Brill, Charlotte Brill, Pamala Darsow, Gordan Appleton, Dorothy Appleton, Joy Felkins, Donald D. Felkins, Barbara Thoerner. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 12/12/2007) |
| 12/11/2007 | | Summons Issued as to C.R. Bard, Inc., Davol, Inc.. (Bowens, Priscilla) (Entered: 12/12/2007) |
| 12/11/2007 | 2 | Notice of Related Case Assignment/Designation (Bowens, Priscilla) (Entered: 12/12/2007) |
| 12/13/2007 | 3 | SCHEDULING ORDER: An Initial Conference has been scheduled for 5/15/2008 at 10:00 A.M. before Magistrate-Judge Kiyo A. Matsumoto at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check in with chambers, room 1227-s, upon arrival. All counsel must be present. Plaintiffs counsel shall confirm with defendants that all necessary participants are aware of this conference and appear. (See order attached). Ordered by Magistrate Judge Kiyo A. Matsumoto on 12/13/07. (Williams-Jackson, Sandra) (Entered: 12/13/2007) |
| 01/28/2008 | 4 | STIPULATION by C.R. Bard, Inc., Davol, Inc. (Abate, Samuel) (Entered: 01/28/2008) |
| 02/06/2008 | 5 | ORDER TO ANSWER re 1 Complaint, filed by Donald D. Felkins, Joy Felkins, Pamala Darsow, Richard Brill, Barbara Thoerner, Gordan |

| | | |
|---|---|---|
| | | Appleton, Charlotte Brill, Dorothy Appleton C.R. Bard, Inc. answer due 3/24/2008; Davol, Inc. Answer due 3/24/2008. Ordered by Judge Eric N. Vitaliano, on 2/5/2008. (Barrett, C) (Entered: 02/06/2008) |
| 02/13/2008 | 6 | Letter dated 2/7/2008 from The JPMDL to David DiMarzio, Clerk, enclosing CTO-13. The 15 day stay period has now elapsed and no opposition to the transfer was received. (Attachments: # 1 CTO-13, # 2 Schedule CTO-13 Tag-Along Actions, # 3 Involved Counsel List, # 4 Involved Judges List, # 5 Involved Clerks List) (Barrett, C) (Entered: 02/13/2008) |
| 02/14/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 02/14/2008) |
| 02/14/2008 | | ORDER re 6 Letter dated 2/7/2008 from The JPMDL to David DiMarzio, Clerk, enclosing CTO-13.Transferred. The 15 day stay period has now elapsed and no opposition to the transfer was receive. Therefore, the initial conference scheduled before the undersigned has been adjourned without date. Ordered by Magistrate Judge Kiyo A. Matsumoto on 2/14/08. (Williams-Jackson, Sandra) (Entered: 02/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2008 10:15:29 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-05165-ENV-KAM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |